IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRICIA MORRIS, et al. ) | CV. NO. 10-00541 JMS-BMK |
| ) | |
| Plaintiffs, ) | FINDINGS AND |
| ) | RECOMMENDATION TO |
| vs. ) | DISMISS THIS ACTION |
| ) | |
| BAC HOME LOANS SERVICING ) | |
| LP, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION

On September 23, 2010, this action was removed to this Court. (Doc. # 1.) On February 10, 2012, this Court held a Further Status Conference in this case. (Doc. # 28 at 1.) Plaintiffs' counsel did not participate in the conference. The Court issued an Order to Show Cause stating that because "neither Plaintiffs nor Plaintiffs' counsel participated in the February 10, 2012 Conference, this Court is unsure how Plaintiffs intend to proceed in this case." (Id.) The Court ordered Plaintiffs' counsel to appear on March 8 at 10:00 a.m. "to show good cause, if any, why sanctions, including dismissal of this case, should not be imposed for his failure to appear at the Further Status Conference and to prosecute this case." (Id.)

On March 8, Defense counsel and the Court were ready to proceed with the show cause hearing, but Plaintiffs' counsel did not appear. (Doc. # 29.)

The Court attempted to contact Plaintiffs' counsel at his office, but his office did not have an explanation as to his failure to appear. Therefore, the Court FINDS and RECOMMENDS that this case be dismissed for failure to prosecute.

DATED: Honolulu, Hawaii, March 13, 2012

IT IS SO FOUND AND RECOMMENDED.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Morris v. BAC Home Loans Servicing LP, Civ. No. 10-00541 JMS-BMK, FINDINGS AND RECOMMENDATION TO DISMISS THIS ACTION