IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| Tricia Morris, et al., | ) | CIVIL NO. 10-00541 JMS/BMK |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | |
| BAC Home Loans Servicing LP, | ) | |
| Defendant. | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on March 13, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings And Recommendation To Dismiss This Action" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, April 2, 2012.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge